AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of   NEVADA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   2:16-cr-00140-JCM-VCF |
| | ) | |
| CHANDAN MANANSINGH | ) | |
| *Defendant* | ) | |

**ORDER SCHEDULING AN INITIAL APPEARANCE, ARRAIGNMENT AND PLEA, AND DETENTION HEARING**

An Initial Appearance, Arraignment and Plea, and Detention Hearing is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101<br>before: Magistrate Judge George Foley Jr. | Courtroom No.: | 3A |
|---|---|---|---|
| | | Date and Time: | 05/16/2016 at 3:00 p.m. |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.


Date:   May 13, 2016

*Judge's signature*

NANCY J. KOPPE, U.S. Magistrate Judge

*Printed name and title*



MAY 13, 2016