# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CHANDAN MANANSINGH,<br><br>        Defendants. | 2:16-cr-00140-JCM-VCF<br>**MINUTE ORDER** |

Before the Court is the parties' stipulation for extension of time (ECF No. 37).

IT IS HEREBY ORDERED that a status hearing on the parties' stipulation for extension of time (ECF No. 37) is scheduled for 10:00 a.m., November 23, 2016, in courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 16th day of November, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE