UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiffs,<br>　　v.<br>CHANANDAN MANANSINGH,<br>　　　　Defendant. | Lead Case No.: 2:15-cr-00070-RFB<br>**CONSOLIDATION ORDER** |
| UNITED STATES OF AMERICA,<br>　　　　Plaintiffs,<br>　　v.<br>CHANANDAN MANANSINGH,<br>　　　　Defendant. | Case No.: 2:16-cr-00140-JCM-VCF |

　　　　On October 21, 2016, the Defendant filed a Motion to Consolidate (ECF No. 73) in the instant matter and in case no. 2:16-cr-140-JCM, Motion to Consolidate (ECF No. 33).

　　　　The presiding District Judges in these actions have determined that these actions are related and that there is good cause to consolidate them under the same District Judge. Neither party opposes consolidation. Further, consolidation will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

### **ORDER**

　　　　Therefore,

　　　　**IT IS HEREBY ORDERED** Defendant's Motion to Consolidate (ECF No. 73) in the case no. 2:15-cr-00070-RFB and in case no. 2:16-cr-140-JCM, Motion to Consolidate (ECF No. 33) are GRANTED.

1
2      **IT IS FURTHER ORDERED** that case no. 2:15-cr-00070-RFB and case no. 2:16-cr-
3  00140-JCM-VCF is CONSOLIDATED; case no. 2:15-cr-00070-RFB to serve as the lead case and
4  2:16-cr-00140-JCM-VCF will serve as the member case. All further documents shall be filed in
5  the lead case 2:15-cr-00070-RFB and shall bear that case number.
6      **IT IS FURTHER ORDERED** that case no. 2:16-cr-00140-JCM-VCF is REASSIGNED
7  to District Judge Richard F. Boulware, II, for all further proceedings.
8      DATED: November 30, 2016.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**

_____
**JAMES C. MAHAN**
**United States District Judge**