UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHANDAN MANANSINGH,

Defendant.

Case Nos. 2:16-cr-00140-RFB

ORDER REGARDING ADDITIONAL CONDITIONS OF RELEASE

Presently before the court is the matter of U.S. v. Chandan Manansingh. On June 2, 2017, this court held a hearing regarding the Defendant's [94] Motion to Reopen Detention as to defendant Chandan Manansingh ("Mr. Manansingh") in the instant matter.

The Court grants the Defendant's [94] Motion to Reopen Detention in case no. 2:15-cr-00070-RFB. Mr. Manansingh is to be released, supervision to include his residence in the residential re-entry center upon availability of bed space.

Consistent with its Orders at the hearing, the Court **Ordered** and **now Orders** that Mr. Manansingh be continued on release with same conditions as previously imposed with the following additions and modifications:

1. Reside at Re-entry Center - You shall reside at and participate in the program of a residential re-entry center for a period of up to thirty days.

2. Restricted Movement - You shall be permitted to attend meetings outside the halfway house to speak with your attorney or to attend medical appointments.

3. Substance Abuse Testing and Treatment - You shall submit to any testing required at least two to three times per week by probation officer.

| | |
|---|---|
| 1 | IT IS SO ORDERED this <u>2nd</u> day of June, 2017. |

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE