DAYLE ELIESON
United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Nevada State Bar No. 10233
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336
phillip.smith@usdoj.gov

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-140-RFB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| CHANDAN MANANSINGH, | |
| Defendant. | |

Based on the Motion of the Government, and good cause appearing therefore, **IT IS ORDERED**, that pursuant to the Government's Motion to Dismiss Indictment, and in accordance with Fed. R. Crim. P. 48(a), the Criminal Indictment filed on May 11, 2016 in the above-captioned case is hereby **DISMISSED**.

DATED this __20th__ day of June, 2018.

_____
Hon. RICHARD F. BOULWARE II
UNITED STATES DISTRICT JUDGE